UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DIVINA DICRISTINA                                    CIVIL ACTION

v.                                                   NO. 13-3044

CLARIENT, INC., ET AL.                               SECTION "F"

ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda in opposition to the plaintiff's motion to remand, noticed for submission on June 11, 2014, has been submitted.

Accordingly, the motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit, IT IS ORDERED that the plaintiff's motion to remand is GRANTED as unopposed.[1]  Because the Court lacks subject matter jurisdiction over this matter, the case is hereby remanded to the 24th Judicial

---

[1] The plaintiff has joined local defendants, whose presence has destroyed diversity jurisdiction.  See 28 U.S.C. § 1447(e)("[i]f after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court").

1

District Court for the Parish of Jefferson.

New Orleans, Louisiana, June 9, 2014

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE